26873. STAFFORD *v.* POSTAL TELEGRAPH-CABLE CO. *et al.*

SUTTON, J. This case, in which the plaintiff sought damages for the loss of the services of his wife, is controlled by the decision under the same name, next before.

*Judgment affirmed. Stephens, P. J., and Felton, J., concur.*

DECIDED JUNE 29, 1938. REHEARING DENIED JULY 15, 1938.